■ SADE WATSON, Appellant, v KIBLER ENTERPRISES et al., Respondents, et al., Defendant. [984 NYS2d 625]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered April 17, 2013. The order, among other things, denied plaintiff's motion seeking, inter alia, to strike parts of a report.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Pagan v Rafter*, 107 AD3d 1505, 1507 [2013]). Present—Scudder, P.J., Centra, Carni, Sconiers and Whalen, JJ.